# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas F. McMonagle, III <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-16574 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PRUDENTIAL BANK F/K/A POLONIA BANK and index same on the master mailing list.

                                            Respectfully submitted,

                                            **/s/ Rebecca A. Solarz, Esq**
                                            Rebecca A Solarz, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322