IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| THOMAS F. McMONAGLE, III | Case No. 18-16574 (MDC) |
| Debtor. | |

SUBSTITUTION OF COUNSEL,
ENTRY OF APPEARANCE, AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Michael D. Vagnoni, Esquire of Obermayer Rebmann Maxwell & Hippel LLP hereby enters his appearance on behalf Prudential Bank F/K/A Polonia Bank pursuant to Local Rule 5.1(a) and (c) in substitution of Rebecca A. Solarz, Esquire, of KML Law Group, P.C., who hereby withdraws her respective appearance. The undersigned hereby respectfully requests that all notices given or required to be given and all papers served or required to be served, in this case be given to and served upon:

> Michael D. Vagnoni, Esquire
> OBERMAYER REBMANN MAXWELL & HIPPEL LLP
> Centre Square West
> 1500 Market Street, Suite 3400
> Philadelphia, PA 19102
> michael.vagnoni@obermayer.com
> (215) 665-3066 – Telephone
> (215) 665-3165 – Facsimile

Respectfully submitted,

Dated: March 5, 2019

By: _____
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
215-665-3066 – Telephone
215-665-3165 – Facsimile
michael.vagnoni@obermayer.com
*Counsel to Prudential Bank F/K/A Polonia Bank*

4811-8870-4647

Dated: March 5, 2019                    By: _____
                                        Rebecca A. Solarz, Esquire
                                        KML LAW GROUP, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        215-627-1322 – Telephone
                                        *Former counsel to Counsel to Prudential Bank F/K/A Polonia Bank*

4811-8870-4647