UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Thomas F. McMonagle, III                    Case No. 18-16574

Debtor                                              Chapter 13

ORDER

And Now, this 28th day of October, 2020, upon consideration of the Motion to Reconsider Order Dismissing Bankruptcy, it is hereby **DENIED**.

BY THE COURT:

*[signature]*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE